PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Parish T. George                               Cr.: 14-00556-001
                                                                 PACTS #: 747921

Name of Sentencing Judicial Officer:   THE HONORABLE JOSE L. LINARES
                                       CHIEF UNITED STATES DISTRICT JUDGE

Name of Newly Assigned Judicial Officer: TO BE ASSIGNED

Date of Original Sentence: 06/08/2016

Original Offense:   Count 1: Distribution and possession with intent to distribute heroin

Original Sentence: 72 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing and Treatment, Gang Associate/Member Prohibition

Type of Supervision: Supervised Release                Date Supervision Commenced: 11/23/2018

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number   Nature of Noncompliance

1                  The offender has violated the mandatory supervision condition which states **'You must not commit another federal, state, or local crime.'**

                   On August 29, 2019, Mr. George was stopped by members of the Newark Police Department for operating a vehicle with unauthorized tinted windows. Upon the motor vehicle stop, Mr. George provided incorrect information, specifically he provided a false name and date of birth. Consequently, George was placed under arrest and charged with hindering and was given several motor vehicle summons: driving without a license, driving while license is suspended and failure to possess driver's insurance card.

2                  The offender has violated the standard supervision condition which states **'If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.'**

                   Mr. George failed to notify the undersigned within 72 hours of this arrest.

Prob 12A – page 2
Parish T. George

U.S. Probation Officer Action:

Mr. George was provided a verbal reprimand for his non-compliance. At this time, we request no formal action, as our office continues to monitor his overall compliance, including his associations and activities within the community. The Court will be immediately notified of any additional non-compliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: *Julie Chowdhury*
JULIE CHOWDHURY
U.S. Probation Officer

/ jc

APPROVED:

*[signature]* For SGM        8/12/2020
SUZANNE J. GOLDA-MARTINEZ    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

*[signature]*

Signature of Judicial Officer

8/24/20
Date